IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )Chapter 13 |
| | ) |
| DEBORAH R. WILLIAMS | )Case No.: 19-70395 GLT |
| | ) |
| Debtor(s) | ) |
| | )Doc No: Claim #8 |
| PNC BANK, NA | ) |
| | ) |
| Movant | ) |
| | ) |
| vs | ) |
| | ) |
| DEBORAH R. WILLIAMS | ) |
| | ) |
| Respondents | ) |
| | ) |
| And | ) |
| | ) |
| RONDA J. WINNECOUR ESQUIRE CHAPTER 13 TRUSTEE | ) |
| | ) |
| Additional Respondent | ) |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE

The Chapter 13 plan payment amount dated November 1, 2020 is not sufficient to fund the Chapter 13 Plan moving forward. Debtor's attorney has reviewed the existing Plan and finds that the existing payment is not adequate and an Amended plan has been prepared in Draft form for debtors review and signature. The Amended plan is feasible with this escrow change. The current payment amount is $264.60. The new post-petition monthly payment payable to PNC Bank NA is $269.62, effective July 1, 2021 per the escrow notice filed May 27, 2021.

**EXECUTED ON** June 25, 2021         **By /s/ Sean Logue**
                                       **Sean Logue & Assoc.**
                                       **PA#208221**
                                       **27 W. Main Street**
                                       **Carnegie, PA 15106**
                                       **412-389-0805**
                                       **Fax : 412-253-6520**
                                       **Email: sean@seanloguelaw.com**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )Chapter 13 |
| | ) |
| **DEBORAH R. WILLIAMS** | )Case No.: 19-70395 GLT |
| | ) |
| Debtor(s) | ) |
| | )Doc No: Claim #8 |
| **PNC BANK, NA** | ) |
| | ) |
| Movant | ) |
| | ) |
| vs | ) |
| | ) |
| **DEBORAH R. WILLIAMS** | ) |
| | ) |
| Respondents | ) |
| | ) |
| And | ) |
| | ) |
| **RONDA J. WINNECOUR ESQUIRE CHAPTER 13 TRUSTEE** | ) |
| | ) |
| Additional Respondent | ) |

## CERTIFICATE OF SERVICE

I, the undersigned Attorney for debtor, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the Declaration Regarding Mortgage Payment Change on the parties listed below.

**Executed on: June 25, 2021**        **By /s/ Sean Logue**
Sean Logue & Assoc.
PA#208221
27 W. Main Street
Carnegie, PA 15106
412-389-0805
Fax : 412-253-6520
Email: sean@seanloguelaw.com

**Ronda J. Winnecour Trustee**
Cmecf@chapter13trusteewdpa.com

**Office of the United States Trustee**
Ustregion03.pi.ecf@usdoj.gov

**PNC Bank NA**
**P.O. Box 94982**
**Cleveland, OH 44101**

PNC BANK, N.A.
Bankruptcy Department,
3232 NEWMARK DRIVE
MIAMISBURG OH 45342

**Maria Miksich**
**KML Law Group, P.C.**
**701 Market Street**
**Suite 5000**
**Philadelphia, PA 19106**

**Deborah R. Williams**
**P.O. Box 101413**
**Pittsburgh, PA 15237**