FILED
6/29/21 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In RE: Deborah R. Williams            : Bankruptcy Case No. 19-70395 GLT
                                      :
            Debtor(s).                : Chapter 13
                                      :
    Deborah R. Williams               : Docket No. 106 and 110
                                      :
            Movant                    :
        vs                            :
                                      : Judge Gregory L. Taddonio
                                      :
    No Respondent                     :

## ORDER

**AND NOW**, on this ___29th___ day of __June__, 2021, upon consideration of the Motion of the above reference debtor, praying for an extension of time within which the Amended plan is filed and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDER, ADJUDGED and DECREED** that the time for the Debtor to file an Amended plan be hereby extended to and including July 12, 2021. Objections due by August 12, 2021.
The Trustee's Certificate of Default Requesting Dismissal of Case [Dkt. No. 105] scheduled for July 22, 2021 is RESCHEDULED to August 19, 2021 at 9am. The Conciliation Conference (on plan defaults or the Amended Plan) will occur with the Chapter 13 Trustee remotely by the Trustee via Zoom. Go to www.ch13pitt.com, meetings@chapter13trusteewdpa.com for information on how to participate.

Dated: June 29, 2021                    Gregory W Taddonio  hct
cm: Debtor                              United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70395-GLT |
| Deborah R. Williams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: nsha | Page 1 of 2 |
| Date Rcvd: Jun 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Deborah R. Williams, P.O. Box 101413, Pittsburgh, PA 15237-8413 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com |
| Jerome B. Blank | on behalf of Creditor PNC Bank NA SBM To National City Bank, et.al. pawb@fedphe.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7 User: nsha Page 2 of 2
Date Rcvd: Jun 29, 2021 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sean Logue
    on behalf of Debtor Deborah R. Williams pittbankruptcy@gmail.com lesliebrown.paralegal@gmail.com

Thomas Song
    on behalf of Creditor Pnc Bank National Association pawb@fedphe.com

TOTAL: 10