Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Deborah R. Williams** | : | Case No. 19−70395−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dockt No. 105 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this **The 29th of July, 2021,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

*[Signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Deborah R. Williams  
    Debtor

Case No. 19-70395-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: dbas      Page 1 of 3  
Date Rcvd: Jul 29, 2021      Form ID: 309      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah R. Williams, P.O. Box 101413, Pittsburgh, PA 15237-8413 |
| cr | + | City and School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15120058 | + | City and School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15079660 | + | Equitable Gas Company LLC, C/O Judith Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5861 |
| 15204794 | + | Indiana County Tax Claim Bureau, 825 Philadelphia Street, Indiana, PA 15701-3951 |
| 15079661 | + | James R. Davis, Tammy S. Davis, C/O Robert H. Slone Esquire, 223 South Maple Avenue, Greensburg, PA 15601-3232 |
| 15118734 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15149091 | + | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15079662 | + | Pittsburgh Water and Sewer Authority, C/O Goehring Rutter & Boehm, 437 Grant Street 14th Floor, Pittsburgh, PA 15219-6101 |
| 15107165 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15106861 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jul 29 2021 23:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 30 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15079658 | + | EDI: JEFFERSONCAP.COM | Jul 30 2021 03:18:00 | Collecto US Asset Management Inc, C/O Jefferson Capital Systems LLC, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 15079659 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 29 2021 23:15:00 | Duquesne Light Company, C/O Bernstein-Burkley PC, 707Grant Street Suite 2200 Gulf, Pittsburgh, PA 15219-1945 |
| 15080370 | + | EDI: RECOVERYCORP.COM | Jul 30 2021 03:18:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15200147 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 29 2021 23:15:00 | PNC BANK, N.A., Bankruptcy Department,, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 15118965 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 29 2021 23:15:00 | PNC Bank, N.A., Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15079663 | + | EDI: BANKAMER2.COM | Jul 30 2021 03:18:00 | PNC Bank, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 15095297 | | EDI: PENNDEPTREV | Jul 30 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15095297 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2021 23:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

Case 19-70395-GLT    Doc 114    Filed 07/31/21    Entered 08/01/21 00:34:26    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2021 | Form ID: 309 | Total Noticed: 22 |

| 15108919 | EDI: Q3G.COM | Jul 30 2021 03:18:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15085790 | EDI: AIS.COM | Jul 30 2021 03:18:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, NA SBM To National City Bank, et.al. |
| cr | | Pnc Bank, National Association |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15149092 | *+ | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021             Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com  cnoroski@grblaw.com |
| Jerome B. Blank | on behalf of Creditor PNC Bank  NA SBM To National City Bank, et.al. pawb@fedphe.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: dbas | Page 3 of 3 |
| Date Rcvd: Jul 29, 2021 | Form ID: 309 | Total Noticed: 22 |

Sean Logue
    on behalf of Debtor Deborah R. Williams pittbankruptcy@gmail.com lesliebrown.paralegal@gmail.com

Thomas Song
    on behalf of Creditor Pnc Bank National Association pawb@fedphe.com

TOTAL: 10