**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DEBORAH R. WILLIAMS | Case No.: 19-70395 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/28/2019 and confirmed on 03/12/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,213.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,213.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 972.07 | |
|     Trustee Fee | 127.88 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,099.95 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 1,113.05 | 0.00 | 1,113.05 |
|     Acct: 8827 | | | | |
|   PNC BANK NA | 28,757.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 8827 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORIT | 784.27 | 0.00 | 0.00 | 0.00 |
|     Acct: A153 | | | | |
|   INDIANA CTY TAX CLAIM BUREAU | 4,833.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 9110 | | | | |
| | | | | 1,113.05 |
| **Priority** | | | | |
|   SEAN LOGUE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEBORAH R. WILLIAMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LOGUE LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEAN LOGUE ESQ | 3,000.00 | 972.07 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,118.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 3872 | | | | |
|   CITY AND SCHOOL DISTRICT OF PITTSBUR | 764.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 3872 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
|   COLLECTO US ASSET MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DUQUESNE LIGHT COMPANY* | 193.21 | 0.00 | 0.00 | 0.00 |
|     Acct: 8121 | | | | |
|   EQUITABLE GAS - NOW PEOPLES NATUR, | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   T MOBILE/T-MOBILE USA INC BY AMERICA | 76.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 6343 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,348.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 3872 | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 2,330.78 | 0.00 | 0.00 | 0.00 |
|     Acct: 3448 | | | | |
|   UPMC PHYSICIAN SERVICES | 340.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3872 | | | | |
|   UPMC HEALTH SERVICES | 1,682.40 | 0.00 | 0.00 | 0.00 |
|     Acct: 3872 | | | | |
|   QUANTUM3 GROUP LLC AGNT - CROWN A | 312.67 | 0.00 | 0.00 | 0.00 |
|     Acct: 2492 | | | | |
|   ORION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LLI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                          1,113.05

TOTAL CLAIMED
PRIORITY            1,883.11
SECURED            34,374.78
UNSECURED          6.283.97

Date: 09/10/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com